```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11188
    ANGELA F HOWARD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5762


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/02/2008 and was not confirmed.

      The case was dismissed without confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
SERVICE FINANCIAL ACCEPT SECURED VEHIC   12577.00             .00             .00
SERVICE FINANCIAL ACCEPT UNSEC W/INTER       .93              .00             .00
IL DEPT OF HUMAN SERVICE PRIORITY      NOT FILED              .00             .00
ALLIANCE ONE             UNSEC W/INTER NOT FILED              .00             .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER NOT FILED              .00             .00
AT&T                     UNSEC W/INTER     951.48             .00             .00
CBE GROUP                UNSEC W/INTER NOT FILED              .00             .00
CITY OF CHICAGO PARKING  UNSEC W/INTER    2460.00             .00             .00
COMCAST                  UNSEC W/INTER NOT FILED              .00             .00
CONTINENTAL FINANCE      UNSEC W/INTER NOT FILED              .00             .00
CREDIT MANAGEMENT INC    UNSEC W/INTER NOT FILED              .00             .00
CREDIT MANAGEMENT CONT   UNSEC W/INTER NOT FILED              .00             .00
CREDIT PROTECTION        UNSEC W/INTER NOT FILED              .00             .00
CREDIT SOLUTIONS CORP    UNSEC W/INTER NOT FILED              .00             .00
EAGLE FINANCE            UNSEC W/INTER NOT FILED              .00             .00
H&F LAW                  UNSEC W/INTER NOT FILED              .00             .00
H&F LAW                  UNSEC W/INTER NOT FILED              .00             .00
HARRIS                   UNSEC W/INTER NOT FILED              .00             .00
IC SYSTEMS               UNSEC W/INTER NOT FILED              .00             .00
ILLINOIS COLLECTION SE   UNSEC W/INTER NOT FILED              .00             .00
KCA FINANCIAL SERVICES   UNSEC W/INTER NOT FILED              .00             .00
NATIONWIDE CREDIT & COLL UNSEC W/INTER NOT FILED              .00             .00
NATIONWIDE CREDIT & COLL UNSEC W/INTER NOT FILED              .00             .00
NCO FINANCIAL SYSTEMS IN UNSEC W/INTER NOT FILED              .00             .00
ONE CLICK CASH           UNSEC W/INTER NOT FILED              .00             .00
PAYDAY LOAN STORE        UNSEC W/INTER NOT FILED              .00             .00
SHERMAN ACQUISITION      UNSEC W/INTER NOT FILED              .00             .00
CASH TRANSFER CENTERS    UNSEC W/INTER NOT FILED              .00             .00
KENNY SMITH              NOTICE ONLY    NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,634.00                          263.12
TOM VAUGHN               TRUSTEE                                             22.88
DEBTOR REFUND            REFUND                                             286.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11188 ANGELA F HOWARD
```

```
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    572.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     263.12
TRUSTEE COMPENSATION                                22.88
DEBTOR REFUND                                      286.00
                         ---------------      ---------------
TOTALS                     572.00                  572.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/19/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 08 B 11188 ANGELA F HOWARD